IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TURN OF THE CENTURY SOLUTION, L.P. )<br>)<br>Plaintiff, )<br>) C.A. No. _____<br>v. )<br>)<br>INTERNATIONAL RECTIFIER CORPORATION )<br>) **JURY TRIAL DEMANDED**<br>)<br>Defendant. ) | |

PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), plaintiff Turn of the Century Solution, L.P. states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL

_____
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
  Attorneys for Plaintiff

OF COUNSEL:

LAW OFFICES OF GARY A. ROSEN, P.C.
Gary A. Rosen
Patrick Madamba, Jr.
1831 Chestnut Street
Suite 802
Philadelphia, PA 19103
(215) 972-0600

November 29, 2005