AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF **DELAWARE**

TURN OF THE CENTURY SOLUTION, L.P.

                Plaintiff,

       v.

INTERNATIONAL RECTIFIER CORPORATION,

                Defendant,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 - 816

TO:   International Rectifier Corporation
       c/o National Registered Agents
       160 Greentree Drive
       Suite 101
       Dover, DE 19904

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY:

       Jack B. Blumenfeld, Esquire
       Morris, Nichols, Arsht & Tunnell
       1201 N. Market Street, P.O. Box 1347
       Wilmington, DE 19899-1347

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

NOV 2 9 2005

CLERK

DATE

*Evette Watson*

BY DEPUTY CLERK

AO 440 (REV. 10/93) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and amended complaint was made by me[1] | DATE<br>January 10, 2006 |
| NAME OF SERVER (PRINT)<br>F. William Young | TITLE<br>Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service of copies of the Summons and Complaint was made upon defendant by delivering copies thereof to defendant's registered agent, National Registered Agents, 160 Greentree Drive, Suite 101, Dover, DE 19904

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL. |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/10/06    F. William Young   /s/ F. William Young
              Date      Signature of Server
                        800 King St, Suite 100, Wilmington, DE 19801
                        *Address of Server*

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure