IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TURN OF THE CENTURY SOLUTION, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-816 (SLR) |
| ) | |
| INTERNATIONAL RECTIFIER ) | |
| CORPORATION, ) | |
| ) | **DEMAND FOR JURY TRIAL** |
| Defendant. ) | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED, by and between plaintiff Turn of the Century Solution, L.P. and defendant International Rectifier Corporation ("International Rectifier"), and subject to the approval of the Court, that the date by which International Rectifier shall answer, move or otherwise respond to the complaint in this action is extended through and including February 28, 2006.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| */s/ Jack B. Blumenfeld* | */s/ Richard L. Horwitz* |
| Jack B. Blumenfeld (#1014) | Richard L. Horwitz (#2246) |
| Maryellen Noreika (#3208) | David E. Moore (#3983) |
| 1201 N. Market Street | Hercules Plaza, 6th Floor |
| Wilmington, Delaware 19801 | 1313 N. Market Street |
| Tel: (302) 658-9200 | P. O. Box 951 |
| jblumenfeld@mnat.com | Wilmington, Delaware 19801 |
| mnorieka@mnat.com | Tel: (302) 984-6000 |
| | Fax: (302) 658-1192 |
| | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |
| *Attorneys for Plaintiff,* | *Attorneys for Defendant,* |
| *Turn of the Century Solution, L.P.* | *International Rectifier Corporation* |

IT IS SO ORDERED this _____ day of _____, 2006

_____
United States District Court Judge

717009