IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TURN OF THE CENTURY SOLUTION, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-816-SLR |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| INTERNATIONAL RECTIFIER CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## RULE 7.1. DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant International Rectifier Corporation discloses that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Glenn W. Trost
WHITE & CASE LLP
633 West Fifth Street, Suite 1900
Los Angeles, California 90071
(213) 620-7700

Dated: February 28, 2006
721552/29801

By: /s/ Richard L. Horwitz
    Richard L. Horwitz (No. 2246)
    Kenneth L. Dorsney (No. 3726)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19801
    (302) 984-6000
    rhorwitz@potteranderson.com
    kdorsney@potteranderson.com

*Counsel for Defendant International Rectifier Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

    I, Richard L. Horwitz, hereby certify that on February 28, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

    I hereby certify that on February 28, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Gary A. Rosen
Patrick Madamba, Jr.
Law Offices of Gary A. Rosen, P.C.
1831 Chestnut Street
Suite 802
Philadelphia, PA  19103
pmadamba@logarpc.com
grosen@logarpc.com

By:   */s/ Richard L. Horwitz*
       Richard L. Horwitz
       Kenneth L. Dorsney
       Hercules Plaza, 6th Floor
       1313 N. Market Street
       Wilmington, Delaware  19899-0951
       (302) 984-6000
       rhorwitz@potteranderson.com
       kdorsney@potteranderson.com

718549