## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TURN OF THE CENTURY SOLUTION, L.P., | ) |
| | ) |
| Plaintiff, | ) |
| | )   C.A. No. 05-816-SLR |
| v. | ) |
| | )   **JURY TRIAL DEMANDED** |
| INTERNATIONAL RECTIFIER CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the

admission pro hac vice of Glenn W. Trost and Nancy C. Morgan of White & Case LLP,

633 West Fifth Street, Suite 1900, Los Angeles, CA 90071, to represent defendant

International Rectifier Corporation in this matter.

POTTER ANDERSON & CORROON LLP

By: */s/ Kenneth L. Dorsney*
       Richard L. Horwitz (No. 2246)
       Kenneth L. Dorsney (No. 3726)
       Hercules Plaza, 6th Floor
       1313 N. Market Street
       P.O. Box 951
       Wilmington, DE 19801
       (302) 984-6000
       rhorwitz@potteranderson.com
       kdorsney@potteranderson.com

Dated:   March 2, 2006
721846

*Counsel for Defendant International Rectifier
Corporation*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsels' motion for admission pro hac vice is
granted.

Date: _____        _____
                                          United States District Judge

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: March 2, 2006          Signed:      */s/ Glenn W. Trost*
                                          Glenn W. Trost
                                          WHITE & CASE LLP
                                          633 West Fifth Street, Suite 1900
                                          Los Angeles, California  90071
                                          (213) 620-7700

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: March 2, 2006          Signed:     /s/ Nancy C. Morgan
                                         Nancy C. Morgan
                                         WHITE & CASE LLP
                                         633 West Fifth Street, Suite 1900
                                         Los Angeles, California 90071
                                         (213) 620-7700

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on March 2, 2006, the attached document was

hand delivered to the following persons and was electronically filed with the Clerk of the Court

using CM/ECF which will send notification of such filing(s) to the following and the document

is available for viewing and downloading from CM/ECF:

> Jack B. Blumenfeld
> Maryellen Noreika
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899

I hereby certify that on March 2, 2006, I have Electronically Mailed the documents to the

following non-registered participants:

> Gary A. Rosen
> Patrick Madamba, Jr.
> Law Offices of Gary A. Rosen, P.C.
> 1831 Chestnut Street
> Suite 802
> Philadelphia, PA  19103
> pmadamba@logarpc.com
> grosen@logarpc.com

By:  */s/ Kenneth L. Dorsney*
   Richard L. Horwitz
   Kenneth L. Dorsney
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   Wilmington, Delaware  19899-0951
   (302) 984-6000
   rhorwitz@potteranderson.com
   kdorsney@potteranderson.com

718549