IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TURN OF THE CENTURY SOLUTION, L.P., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-816-SLR |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| INTERNATIONAL RECTIFIER CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### INTERNATIONAL RECTIFIER CORPORATION'S MOTION TO TRANSFER

Defendant, International Rectifier Corporation ("IR"), respectfully moves to have the Court transfer this case pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Central District of California.

In support of its motion, IR submits herewith the accompanying Opening Brief in Support of its Motion to Transfer, and the Declaration of Glenn W. Trost, counsel for IR.[1]

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Glenn W. Trost
WHITE & CASE LLP
633 West Fifth Street, Suite 1900
Los Angeles, California 90071
(213) 620-7700

Dated: March 3, 2006
721783/29801

By: */s/ Richard L. Howritz*
Richard L. Horwitz (No. 2246)
Kenneth L. Dorsney (No. 3726)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

*Counsel for Defendant International Rectifier Corporation*

---

[1] Pursuant to Local Rule 7.1.1, counsel for IR has conferred with counsel for Plaintiff and asked for its consent to this motion. Counsel for Plaintiff declined to consent to IR's filing of its motion to transfer.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on March 3, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

I hereby certify that on March 3, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Gary A. Rosen
Patrick Madamba, Jr.
Law Offices of Gary A. Rosen, P.C.
1831 Chestnut Street
Suite 802
Philadelphia, PA 19103
pmadamba@logarpc.com
grosen@logarpc.com

By: /s/ Richard L. Horwitz
Richard L. Horwitz
Kenneth L. Dorsney
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

718549