IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TURN OF THE CENTURY SOLUTION, L.P., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 05-816-SLR ) ) **JURY TRIAL DEMANDED** |
| INTERNATIONAL RECTIFIER CORPORATION, | ) ) |
| Defendant. | ) |

## ORDER

Upon consideration of International Rectifier Corporation's ("IR") Motion to Transfer to the United States District Court for the Central District of California, and supporting documents, IT IS HEREBY ORDERED that IR's motion shall be GRANTED. Accordingly, this case shall be transferred to the United States District Court for the Central District of California.

IT IS SO ORDERED THIS _____ DAY OF _____, 2006.

_____
United States District Judge