# EXHIBIT A

**2005 ANNUAL REPORT**

# POWER

**PERFORMANCE**
**CONSERVATION**
**MANAGEMENT**

**IƏR** International Rectifier

## COMPANY PROFILE

International Rectifier is a pioneer and world leader in advanced power management technology, from digital, analog and mixed-signal ICs to advanced circuit devices, power systems, and components. The world's leading manufacturers of computers, appliances, automobiles, consumer electronics, and defense systems rely on IR technology to drive the performance and efficiency of their products.

### FACTS
- Founded 1947
- 6000 employees
- Operations in 20 countries
- Ticker symbol – IRF, The New York Stock Exchange
- Indices – S&P Mid Cap 400, S&P 1500 Super Composite, Russell 1000, Russell 3000, Russell Mid Cap Index, Wilshire 4500, Wilshire 5000, Wilshire Large Cap Value, Wilshire All Cap Value, Wilshire Large Cap 750, Dow Jones Wilshire US Large Cap, Dow Jones Wilshire US 2500, Thomas Weisel Partners Growth Index, Goldman Sachs Technology Composite Index, Goldman Sachs Technology Semiconductor Index, and the WilderHill Clean Energy Index

### PRODUCTS
*100% Power Management Electronics*
- High performance analog, digital and mixed-signal ICs
- Advanced circuit devices
- Power systems
- Components

### PRODUCT SEGMENTS
- Focus Products
    - Computing & Communications
    - Energy-Saving Products
    - Aerospace & Defense
    - Intellectual Property
- Non-Focus Products
    - Commodity Products
    - Non-Aligned Products



| | REVENUES ($ in thousands) | | CASH FROM OPERATIONS ($ in thousands) |
|---|---|---|---|
| 2005 | $1,174,424 | 2005 | $220,925 |
| 2004 | $1,060,500 | 2004 | $162,973 |
| 2003 | $864,443 | 2003 | $129,491 |
| 2002 | $720,229 | 2002 | $43,353 |
| 2001 | $978,585 | 2001 | $221,803 |

## FINANCIAL HIGHLIGHTS

| Fiscal Years Ended<br>($ in thousands, except per share amounts) | 2005 | 2004 | 2003 | 2002 | 2001 |
|---|---|---|---|---|---|
| Revenues | $1,174,424 | $1,060,500 | $864,443 | $720,229 | $978,585 |
| Gross margin | 43.5% | 38.8% | 33.3% | 35.7% | 36.4% |
| Cash from operations | $220,925 | $162,973 | $129,491 | $43,353 | $221,803 |
| Diluted earnings per common share | $1.91 | $1.31 | ($1.40) | $0.75 | $1.35 |
| Cash and cash investments | $940,720 | $836,209 | $721,492 | $671,312 | $851,361 |
| Capital expenditures (% of revenue) | 11.5% | 8.1% | 8.3% | 8.8% | 10.1% |



COMPARISON OF IR STOCK PRICE PERFORMANCE vs. SOXX and S&P 500 — FY2005 (IRF, SOXX, S&P 500)

## GLOBAL LOCATIONS

**WORLD HEADQUARTERS**
International Rectifier Corporation
233 Kansas Street
El Segundo, CA 90245
Phone: (310) 726-8000
Fax: (310) 322-3332
Internet: www.irf.com

**NORTH AMERICAN OPERATIONS**
HEXFET America
41915 Business Park Drive
Temecula, CA 92590
Phone: (951) 676-7500
Fax: (951) 676-9154

International Rectifier HiRel
Products, Inc.
2270 Martin Avenue
Santa Clara, CA 95050
Phone: (408) 727-0500
Fax: (408) 988-2702

International Rectifier HiRel
Products, LLC
205 Crawford Street
Leominster, MA 01453
Phone: (978) 534-5776
Fax: (978) 537-4246

Branch Office — U.S.A
41700 Gardenbrook, Suite 110
Novi, MI 48375
Phone: (248) 347-1830
Fax: (248) 347-6388

Rectificadores Internacionales,
S.A. de C.V.
Prolongacion Ave.
Los Cabos No. 9234
Parque Industrial Pacifico II
C.P. 22709
Tijuana, Baja California, Mexico
Phone: (++) 52 66 26 08 04
Fax: (++) 52 66 26 01 02

**EUROPEAN OPERATIONS**
International Rectifier Company
(Great Britain) Ltd.
The Omnibus Building
Lesbourne Road
Reigate, Surrey
RH2 7JP, United Kingdom
Phone: (++) 44 1737 227200
Fax: (++) 44 1737 227201

International Rectifier
Electronic Motion Systems, Ltd.
Llys-Y-Ddraig,
Penllergaer Business Park
Swansea, SA4 1HL, Wales,
United Kingdom
Phone: (++) 44 1792 54 3000
Fax: (++) 44 1792 54 3001

IR Newport Limited
Cardiff Road
Newport, NP10 8YJ, Wales,
United Kingdom
Phone: (++) 44 1633 810 121
Fax: (++) 44 1633 810 820

Branch Office – Denmark
Bagsvaerdvej 92
DK-2800, Kongens Lyngby
Phone: (++) 45 45 28 06 96
Fax: (++) 45 45 28 19 96

Branch Office — Finland
Mikkelankallio 3 FIN-02770 Espoo
Phone: (++) 358 9 8599 155
Fax: (++) 358 9 8599 1560

Branch Office — France
Immeuble Zeta
3 Avenue de Canada
LP8177
91974 Courtaboeuf Cedex, France
Phone: (++) 33 1 64 86 49 50
Fax: (++) 33 1 64 86 49 70

Branch Office — Sweden
Box 8159 , S-163 08, Spanga
Phone: (++) 468 795 4245
Fax: (++) 468 795 9895

International Rectifier Corporation
Italiana, S.p.A.
Via Liguria 49, 10071 Borgaro,
Torino (To), Italy
Phone: (++) 39 011 451 0111
Fax: (++) 39 011 451 0220

International Rectifier
Automotive Systems, GmbH
Kreuzweg 60
D-47809 Krefeld Germany
Phone: (++) 49 2151 576 670
Fax: (++) 49 2151 576 323

International Rectifier GmbH
Frankfurter Strasse 227
D-63263 Neu-Isenburg Germany
Phone: (++) 49 6102 884 400
Fax: (++) 49 6102 884 433

Moscow Representative Office
IR International Holdings, Inc.
Office 407, Semenovskyi pereulok
107023, Moscow, Russia
Phone/Fax: (++) 7 095 964 9560

**ASIAN OPERATIONS**
International Rectifier Japan
Company, Ltd.
Sunshine 60 Building, 51st Floor
3-1-1, Higashi-Ikebukuro
Toshima-ku, Tokyo, 170-6051 Japan
Phone: (++) 81 3 3983 0641
Fax: (++) 81 3 3983 4856

Branch Office — Osaka, Japan
KAZU IT Bldg.
2-10-27 Minami-Semba
Chuo-ku, Osaka-Shi,
Osaka 542-0081
Phone: (++) 81 6 6258 7560
Fax: (++) 81 6 6258 7561

Xi'an IR Microelectronics Co. Ltd.
#20 Xin Xi Street
New Industrial Park,
Xi'an Hi-Tech Development Zone
Xi'an, Shaanxi Province,
710119, China
Phone: (++) 86 29 8569 1688
Fax: (++) 86 29 8569 1690

IR International Holdings, Inc.
Beijing Representative Office
Canway Building, Suite 710
66 Nan Li Shi Road, Xi Cheng
District
Beijing, 100045, China
Phone: (++) 86 10 6803 8195
Fax: (++) 86 10 6803 8194

Shenzhen Representative Office
31 C, Block C
Electronics Science
& Technology Building
2070 Shennan Road
Shenzhen, 518031, China
Phone: (++) 86 755 8368 3686
Fax: (++) 86 755 8368 3690

Shanghai Representative Office
Unit 810, Ocean Tower
550 Yan An East Road
Shanghai, 200001, China
Phone: (++) 86 21 6360 8811
Fax: (++) 86 21 6360 3771

Taiwan Representative Office
22F Suite A, 105, Section 2
Tun Hwa South Road
Taipei 106, Taiwan, R.O.C.
Phone: (++) 886 2 2709 8356
Fax: (++) 886 2 2709 8150

Philippines Representative Office
Suite 2008, 20F, Strata 100 Building
Emerald Avenue
Ortigas Center, Pasig City,
Metro Manila
1605 Philippines
Phone: (++) 632 633 7882
Fax: (++) 632 631 6661

International Rectifier Korea
9F, Dukmyung Building
170-9 Samsung-Dong, Kangnam-Gu
Seoul, 135-741 Korea
Phone: (++) 82 2 557 7613
Fax: (++) 82 2 557 7617

International Rectifier
Southeast Asia Pte. Ltd.
1 Kim Seng Promenade #13-11
Great World City West Tower
Singapore 237994
Phone: (++) 65 6838 4600
Fax: (++) 65 6733 7995

International Rectifier
Hong Kong, Ltd.
Unit 308, New East Ocean Centre
No. 9 Science Museum Road
Tsimshatsui East, Kowloon
Hong Kong
Phone: (++) 852 2803 7380
Fax: (++) 852 2540 5835

International Rectifier India Limited
S.D.F.I., SEEPZ
Andheri (East)
Mumbai 400 096, India
Phone: (++) 91 22 829 1055
Fax: (++) 91 22 829 0473

Branch Office – Bangalore, India
#407 Prestige Centre Point
Cunningham Road
Bangalore 560 002, India
Phone: (++) 91 80 5114 2644/2645
Fax: (++) 91 80 5114 2643

# International IOR Rectifier

© Copyright 2005 International Rectifier Corporation. All rights reserved. Printed in the USA. 2157

# EXHIBIT B

## DECLARATION OF ALAN AMENTA

I, Alan Amenta, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am the President, Treasurer and Chief Executive Officer of Turn of the Century Solution, Inc. ("TOCS Inc."), a Pennsylvania corporation which is the general partner of Plaintiff Turn of the Century Solution, L.P. ("TOCS"). I am also a limited partner of TOCS. Neither TOCS Inc. nor TOCS has any employees.

2. I reside in Glenmoore, Chester County, Pennsylvania. I am engaged fulltime in a home inspection business, Alan Amenta LLC.

3. The sole business of TOCS Inc. and TOCS, since their creation in the mid-1990's, has been the procurement and licensing of patent rights to the Year 2000 software remediation inventions claimed in U.S. Patents Nos. 5,600,836 and 5,835,909 (the "patents-in-suit").

4. The inventor of the patents-in-suit is Harvey Alter. Mr. Alter is the Vice President of TOCS Inc. and a limited partner of TOCS. Mr. Alter was formerly employed fulltime by Penn Mutual Life Insurance Company and is now retired. He resides in Ambler, Montgomery County, Pennsylvania. His residence is also TOCS' principal place of business.

5. Donna Holton is Vice President and Chief Operating Officer of TOCS. She was formerly employed fulltime by Penn Mutual Life Insurance Company and is now retired. She resides in Bethlehem, Lehigh County, Pennsylvania.

6. The combined revenues of TOCS Inc. and TOCS have never exceeded $500,000 in any one year.

7. TOCS' financial records are in the possession of the accounting firm of Hark, Gincley & Company, P.C., in Malvern, Pennsylvania. The Hark firm has been the accountants for TOCS since its inception. TOCS and TOCS Inc. have at no time employed "inside" accountants.

8. All prosecution work related to the patents-in-suits was done by the Philadelphia law firm of Woodcock Washburn LLP.

9. I declare under penalty of perjury that the foregoing is true and correct.


_____
ALAN AMENTA


Executed on March 13, 2006