IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TURN OF THE CENTURY SOLUTION, L.P., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 05-816-SLR ) ) **JURY TRIAL DEMANDED** |
| INTERNATIONAL RECTIFIER CORPORATION, | ) ) |
| Defendant. | ) |

## STIPULATION AND ORDER

Plaintiff, Turn Of The Century Solution, L.P., and defendant, International Rectifier Corporation ("IR"), do hereby stipulate, subject to approval by the Court, to an extension of time until and including March 31, 2006, for IR to file its Reply Brief in Support of its Motion to Transfer (D.I. 9).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: */s/ Jack B. Blumenfeld*
    Jack B. Blumenfeld (No. 1014)
    Maryellen Noreika (No. 3208)
    1201 N. Market Street
    P.O. Box 1347
    Wilmington, DE 19899
    Tel.: (302) 658-9200
    JBlumenfeld@MNAT.com
    MNoreika@MNAT.com

*Attorneys for Plaintiff Turn of the Century Solution, L.P.*

POTTER ANDERSON & CORROON LLP

By: */s/ Kenneth L. Dorsney*
    Richard L. Horwitz (No. 2246)
    Kenneth L. Dorsney (No. 3726)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19801
    (302) 984-6000
    rhorwitz@potteranderson.com
    kdorsney@potteranderson.com

*Counsel for Defendant International Rectifier Corporation*

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

724704