# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

July 28, 2006

BY ELECTRONIC FILING

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

      Re:    Turn of the Century Solutions v. International Rectifier;
               C.A. No. 05-816-SLR

Dear Chief Judge Robinson:

      Attached is a proposed scheduling order that has been agreed upon by the parties, for discussion during the telephone conference on Wednesday morning, August 2 at 10:30 a.m.

               Respectfully,

               */s/ Jack B. Blumenfeld (#1014)*

               Jack B. Blumenfeld

JBB/bls

cc:    Peter T. Dalleo, Clerk (By Hand)
       Richard L. Horwitz, Esquire (By Hand)
       Glenn W. Trost, Esquire (By Fax)
       Gary A. Rosen, Esquire (By Fax)