IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TURN OF THE CENTURY SOLUTION, L.P., ) <br> ) <br> Plaintiff, ) <br> ) C.A. No. 05-816-SLR <br> v. ) <br> ) **JURY TRIAL DEMANDED** <br> INTERNATIONAL RECTIFIER CORPORATION, ) <br> ) <br> Defendant. ) | |

## NOTICE OF SERVICE

Defendant ("IR") hereby submits the following initial disclosures in accordance with Federal Rule of Civil Procedure 26(a)(1), Local Rule 16.2 and the Court's Scheduling Order:

The undersigned counsel for defendant International Rectifier Corporation hereby certifies that copies of Defendant's Initial Disclosures were caused to be served on September 13, 2006, on the attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

**VIA ELECTRONIC MAIL**

Gary A. Rosen
Patrick Madamba, Jr.
Law Offices of Gary A. Rosen, P.C.
1831 Chestnut Street
Suite 802
Philadelphia, PA 19103
pmadamba@logarpc.com
grosen@logarpc.com

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Glenn W. Trost<br>Nancy C. Morgan<br>WHITE & CASE LLP<br>633 West Fifth Street, Suite 1900<br>Los Angeles, California 90071<br>(213) 620-7700<br>gtrost@whitecase.com<br>nmorgan@whitecase.com | By: */s/ Richard L. Horwitz*<br>    Richard L. Horwitz (No. 2246)<br>    Kenneth L. Dorsney (No. 3726)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    P.O. Box 951<br>    Wilmington, DE 19801<br>    (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    kdorsney@potteranderson.com |
| Dated: September 13, 2006 | *Counsel for Defendant*<br>*International Rectifier Corporation* |

750149

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on September 13, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

I hereby certify that on September 13, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Gary A. Rosen
Patrick Madamba, Jr.
Law Offices of Gary A. Rosen, P.C.
1831 Chestnut Street
Suite 802
Philadelphia, PA  19103
pmadamba@logarpc.com
grosen@logarpc.com

By:   /s/ Richard L. Horwitz
Richard L. Horwitz
Kenneth L. Dorsney
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

718549