IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TURN OF THE CENTURY SOLUTION, L.P. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-816 (SLR) |
| ) | |
| INTERNATIONAL RECTIFIER ) | |
| CORPORATION ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiff's Initial Disclosures were caused to be served this 13th day of September, 2006, upon the following in the manner indicated:

**BY HAND**

Richard Horwitz
Kenneth L. Dorsney
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

Glenn W. Trost
WHITE & CASE LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA  90071

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Jack B. Blumenfeld*

        _____
        Jack B. Blumenfeld (#1014)
        Maryellen Noreika (#3208)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE  19899-1347
        (302) 658-9200
        jblumenfeld@mnat.com
          *Attorneys for Plaintiff*

OF COUNSEL:

LAW OFFICES OF GARY A. ROSEN, P.C.
Gary A. Rosen
Patrick Madamba, Jr.
1831 Chestnut Street
Suite 802
Philadelphia, PA  19103
(215) 972-0600

September 13, 2006

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on September 13, 2006 I electronically filed the foregoing, which will send notification of such filing(s) to the following:

>Richard Horwitz
>Kenneth L. Dorsney
>POTTER ANDERSON & CORROON LLP

and I further certify that copies were caused to be served upon the following in the manner indicated:

### HAND DELIVERY

>Richard Horwitz
>Kenneth L. Dorsney
>POTTER ANDERSON & CORROON LLP
>1313 N. Market Street
>P.O. Box 951
>Wilmington, DE  19899

### FEDERAL EXPRESS

>Glenn W. Trost
>WHITE & CASE LLP
>633 West Fifth Street, Suite 1900
>Lost Angeles, CA  90071

>*/s/ Jack B. Blumenfeld (#1014)*
>Jack B. Blumenfeld (#1014)
>jblumenfeld@mnat.com