IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TURN OF THE CENTURY SOLUTION, L.P. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-816 (SLR) |
| ) | |
| INTERNATIONAL RECTIFIER ) | |
| CORPORATION ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiff's First Requests for Production of Documents and Things Addressed to Defendant were caused to be served on October 4, 2006, upon the following in the manner indicated:

**BY HAND**

Richard Horwitz
Kenneth L. Dorsney
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Glenn W. Trost
WHITE & CASE LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        */s/  Jack B. Blumenfeld (#1014)*
                                        _____
                                        Jack B. Blumenfeld (#1014)
                                        1201 N. Market Street
                                        P.O. Box 1347
                                        Wilmington, DE  19899-1347
                                        (302) 658-9200
                                        jblumenfeld@mnat.com
                                            *Attorneys for Plaintiff*

OF COUNSEL:

LAW OFFICES OF GARY A. ROSEN, P.C.
Gary A. Rosen
Patrick Madamba, Jr.
1831 Chestnut Street
Suite 802
Philadelphia, PA  19103
(215) 972-0600

October 4, 2006