IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TURN OF THE CENTURY SOLUTION, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-816-SLR |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| INTERNATIONAL RECTIFIER CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**INTERNATIONAL RECTIFIER CORP.'S NOTICE OF DEPOSITION OF TURN OF THE CENTURY SOLUTION L.P. PURSUANT TO F.R.C.P. 30(b)(6)**

Please take notice that on December 19, 2006, commencing at 9:00 a.m. at the offices of Potter Anderson & Corroon LLP, Hercules Plaza, 1313 North Market Street, 6th Floor, Wilmington, Delaware 19801 or at such other time and place as the parties agree, Defendant International Rectifier Corporation will take the deposition upon oral examination under oath of TURN OF THE CENTURY SOLUTION, L.P. ("TURN OF THE CENTURY" or "TOCS"), pursuant to Federal Rule of Civil Procedure 30(b)(6). If the deposition is not completed on the agreed upon day, it will continue day to day, excluding weekends and holidays, as necessary, until completed. The deposition will take place before a certified court reporter authorized to administer oaths and will be recorded stenographically, by videotape, and through instant visual display of testimony. International Rectifier reserves the right to use the videotape of the deposition at the time of trial or at such other time as may be appropriate.

This notice names a business organization as a deponent. Under the provisions of Rule 30(b)(6), TOCS shall identify and produce for deposition one or more officers, directors, managing agents or other persons who consent to testify on its behalf and are officers, directors, agents or other persons most knowledgeable as to matters set forth below.

## DEFINITIONS

1. The terms "TURN OF THE CENTURY SOLUTION," "TOCS," "YOU," or "YOUR" shall mean Plaintiff Turn of the Century Solution, L.P., and all PERSONS employed by or acting under the control or direction of TURN OF THE CENTURY, or purporting to act on its behalf.

2. The term "CLAIMED INVENTIONS" means the inventions claimed in U.S. Patent No. 5,600,836, entitled "System and Method for Processing Date-Dependent Information Which Spans One or Two Centuries," and/or U.S. Patent No. 5,835,989, entitled "System and Method for Processing Date-Dependent Information Which Spans One or Two Centuries."

3. The term "DOCUMENT" as used herein shall include any paper, electronic or other medium capable of storing information. "DOCUMENTS" so defined include, but are not limited to, the following provided as examples only: books, letters, contracts, minutes of a meeting, memoranda, e-mails, notes (including those on desk calendars and appointment books), phone logs, diagrams, charts, expense account reports, checks, credit card receipts, graphs, contents of any file, drawings, canceled checks, invoices, photographs and film, digital images, and information stored on tape, computer disk or other computer storage device, or any other type of data storage device.

4. The terms "IDENTIFY" and "IDENTITY" as used here in shall include:

    (a) When referring to a natural person, his or her full name, present or last known home and business address, and his or her business affiliation during the period to which the interrogatory response refers and at present (or last known) including the position last held by that individual;

    (b) When used in reference to a business organization or entity, the full legal name, the form of such organization or entity, the name of the jurisdiction under whose laws it was organized, and the address of its principal place of business; and

(c) When referring to a DOCUMENT, means the document's author(s), recipient(s), date, subject matter, and present location as well as the identity of the custodian of the document.

5. The "'836 PATENT" means United States Patent No. 5,600,836.

6. The "'909 PATENT" means United States Patent No. 5,835,909.

7. The term "PATENTS IN SUIT" shall refer to the '836 PATENT and '909 PATENT.

8. The term "PERSON" shall mean any natural person, firm, business, association, partnership, corporation, trust, or other entity of any kind or character whatsoever.

## AREAS REGARDING WHICH INTERNATIONAL RECTIFIER SEEKS TESTIMONY

1. The DOCUMENTS responsive to International Rectifier's First Set of Document Requests, served concurrently herewith, including without limitation the extent to which TOCS has such DOCUMENTS in its possession, custody or control, and the efforts undertaken by TOCS to locate and produce such DOCUMENTS.

2. The DOCUMENTS described in the August 10, 2006 Scheduling Order, including without limitation the extent to which TOCS has such DOCUMENTS in its possession, custody or control, and the efforts undertaken by TOCS to locate and produce such DOCUMENTS.

3. The IDENTITY of all PERSONS having any knowledge about the foregoing topics.

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: */s/ Kenneth L. Dorsney* |
|  | Richard L. Horwitz (No. 2246) |
| Glenn W. Trost | Kenneth L. Dorsney (No. 3726) |
| WHITE & CASE LLP | Hercules Plaza, 6th Floor |
| 633 West Fifth Street, Suite 1900 | 1313 N. Market Street |
| Los Angeles, California 90071 | P.O. Box 951 |
| Tel: (213) 620-7700 | Wilmington, DE 19801 |
|  | Tel. (302) 984-6000 |
| Dated: November 2, 2006 | rhorwitz@potteranderson.com |
| 759558 / 29801 | kdorsney@potteranderson.com |

*Counsel for Defendant International Rectifier Corporation*

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

  I, Kenneth L. Dorsney, hereby certify that on November 2, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

  I hereby certify that on November 2, 2006, I have Electronically Mailed the documents to the following:

Gary A. Rosen
Patrick Madamba, Jr.
Law Offices of Gary A. Rosen, P.C.
1831 Chestnut Street
Suite 802
Philadelphia, PA  19103
pmadamba@logarpc.com
grosen@logarpc.com

            By:  */s/ Kenneth L. Dorsney*
              Richard L. Horwitz
              Kenneth L. Dorsney
              Hercules Plaza, 6th Floor
              1313 N. Market Street
              Wilmington, Delaware  19899-0951
              (302) 984-6000
              rhorwitz@potteranderson.com
              kdorsney@potteranderson.com

718549