## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TURN OF THE CENTURY SOLUTION, L.P., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-816-SLR |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| INTERNATIONAL RECTIFIER CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SERVICE

The undersigned, counsel for defendant International Rectifier Corporation,

hereby certifies that copies of the following documents were caused to be served on

November 2, 2006, upon the following attorneys of record at the following addresses as

indicated:

> INTERNATIONAL RECTIFIER CORPORATION'S
> FIRST SET OF INTERROGATORIES TO TURN OF
> THE CENTURY SOLUTION L.P.
>
> INTERNATIONAL RECTIFIER CORPORATION'S
> FIRST SET OF REQUESTS FOR PRODUCTION OF
> DOCUMENTS

**VIA HAND DELIVERY**

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

**VIA ELECTRONIC MAIL**

Gary A. Rosen
Patrick Madamba, Jr.
Law Offices of Gary A. Rosen, P.C.
1831 Chestnut Street
Suite 802
Philadelphia, PA  19103
pmadamba@logarpc.com
grosen@logarpc.com

<br>

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Glenn W. Trost
Nancy C. Morgan
WHITE & CASE LLP
633 West Fifth Street, Suite 1900
Los Angeles, California  90071
(213) 620-7700
gtrost@whitecase.com
nmorgan@whitecase.com

By: */s/ Kenneth L. Dornsey*
      Richard L. Horwitz (No. 2246)
      Kenneth L. Dorsney (No. 3726)
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      P.O. Box 951
      Wilmington, DE 19801
      (302) 984-6000
      rhorwitz@potteranderson.com
      kdorsney@potteranderson.com

Dated:  November 2, 2006
759585 / 29801

*Counsel for Defendant*
*International Rectifier Corporation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on November 2, 2006, the attached document

was hand delivered to the following persons and was electronically filed with the Clerk of the

Court using CM/ECF which will send notification to the registered attorney(s) of record that the

document has been filed and is available for viewing and downloading:

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899


I hereby certify that on November 2, 2006, I have Electronically Mailed the documents to

the following:

Gary A. Rosen
Patrick Madamba, Jr.
Law Offices of Gary A. Rosen, P.C.
1831 Chestnut Street
Suite 802
Philadelphia, PA  19103
pmadamba@logarpc.com
grosen@logarpc.com


By:  */s/ Kenneth L. Dorsney*
Richard L. Horwitz
Kenneth L. Dorsney
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

718549