IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TURN OF THE CENTURY SOLUTION, L.P., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-816-SLR |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| INTERNATIONAL RECTIFIER CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SERVICE

The undersigned, counsel for defendant International Rectifier Corporation, hereby certifies that copies of the following documents were caused to be served on November 6, 2006, upon the following attorneys of record at the following addresses as indicated:

>   RESPONSES TO PLAINTIFF'S FIRST REQUESTS FOR
>   PRODUCTION OF DOCUMENTS AND THINGS
>   ADDRESSED TO DEFENDANT

**VIA HAND DELIVERY**

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

**VIA ELECTRONIC MAIL**

Gary A. Rosen
Patrick Madamba, Jr.
Law Offices of Gary A. Rosen, P.C.
1831 Chestnut Street
Suite 802
Philadelphia, PA  19103
pmadamba@logarpc.com
grosen@logarpc.com

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: */s/ Richard L. Horwitz* |
|  | Richard L. Horwitz (No. 2246) |
| Glenn W. Trost | Kenneth L. Dorsney (No. 3726) |
| Nancy C. Morgan | Hercules Plaza, 6th Floor |
| WHITE & CASE LLP | 1313 N. Market Street |
| 633 West Fifth Street, Suite 1900 | P.O. Box 951 |
| Los Angeles, California 90071 | Wilmington, DE 19801 |
| (213) 620-7700 | (302) 984-6000 |
| gtrost@whitecase.com | rhorwitz@potteranderson.com |
| nmorgan@whitecase.com | kdorsney@potteranderson.com |
|  |  |
| Dated: November 6, 2006 | *Counsel for Defendant* |
| 760479 / 29801 | *International Rectifier Corporation* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on November 6, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

I hereby certify that on November 6, 2006, I have Electronically Mailed the documents to the following:

Gary A. Rosen
Patrick Madamba, Jr.
Law Offices of Gary A. Rosen, P.C.
1831 Chestnut Street
Suite 802
Philadelphia, PA 19103
pmadamba@logarpc.com
grosen@logarpc.com

By:    */s/ Richard L. Horwitz*
Richard L. Horwitz
Kenneth L. Dorsney
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

718549