# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

November 20, 2006

**BY ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

Re: Turn of the Century Solution v. International Rectifier;
C.A. No. 05-816-SLR

Dear Chief Judge Robinson:

I am writing on behalf of both parties to advise Your Honor that the parties have reached a resolution of this matter as a result of a mediation session with Judge Thynge last Thursday. We expect to submit a stipulation of dismissal before the end of the year.

Respectfully,

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)

JBB/lmc
cc:  Peter T. Dalleo, Clerk (By Hand)
     Honorable Mary Pat Thynge (By Hand)
     Richard L. Horwitz, Esquire (By Hand)
     Gary A. Rosen, Esquire (By E-mail)
     Glenn W. Trost, Esquire (By E-mail)
546009