IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TURN OF THE CENTURY SOLUTION, L.P. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTERNATIONAL RECTIFIER CORPORATION )<br>)<br>Defendant. )<br>) | C.A. No. 05-816 (SLR) |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(ii), it is hereby stipulated by the parties that this action, including all claims and counterclaims, is dismissed with prejudice, each party to bear its own costs.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP        POTTER ANDERSON & CORROON LLP

*/s/ Jack B. Blumenfeld (#1014)*                              */s/ Richard L. Horwitz (#2246)*
_____        _____
Jack B. Blumenfeld (#1014)                              Richard L. Horwitz (#2246)
Maryellen Noreika (#3208)                               Kenneth L. Dorsney (#3726)
1201 N. Market Street                                        1313 N. Market Street
P.O. Box 1347                                                   P.O. Box 951
Wilmington, DE  19899                                     Wilmington, DE  19899
(302) 658-9200                                                 (302) 984-6027
jblumenfeld@mnat.com                                  rhorwitz@potteranderson.com
  *Attorneys for Plaintiff,*                                    *Attorneys for Defendant,*
  *Turn of the Century Solution, L.P.*               *International Rectifier Corporation*

Dated:  December 18, 2006


SO ORDERED this ____ day of December, 2006.


_____
Chief Judge Sue L. Robinson

548739